IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| KENNETH N DEL VECCHIO, JR. | : Chapter 13 |
| FRANCINE DEL VECCHIO | : Bankruptcy No. 11-21065-MS |
| | : Our File No. ASC-10175 |
| Debtors | |
| | : **NOTICE OF APPEARANCE** |
| | : **AND REQUEST FOR NOTICES** |

    Jennifer Novick, Esquire of the law firm of Phelan Hallinan & Schmieg, PC does hereby enter its appearance on behalf of America's Servicing Company as servicer for US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3 in the above captioned bankruptcy matter.

    Please see that all notices are forwarded to Jennifer Novick, Esquire c/o Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, New Jersey, 08054-3422.

Dated: April 20, 2011

Phelan Hallinan & Schmieg, PC
By:
/s/ Jennifer Novick Esquire
PHELAN HALLINAN & SCHMIEG, PC
400 Fellowship Road, Suite 100
Mount Laurel, NJ 08054