**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KENNETH N. DEL VECCHIO, JR. | : | |
| FRANCINE DEL VECCHIO | : | NO. 11-21065 |
| | : | |
| Debtor. | : | |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel hereby appears as counsel for US Bank National Association, as Trustee for CSAB Mortgage Backed Pass-Through Certificate Series 2006-3, a creditor in the above-referenced case, and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Rules") and §§ 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

> Barbara K. Hager, Esquire
> Reed Smith LLP
> 2500 One Liberty Place
> 1650 Market Street
> Philadelphia, PA  19103
> (215) 851-8100
> (215) 851-1420 (telecopy)
> bhager@reedsmith.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding therein.

Neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive US Bank National Association, as Trustee for CSAB Mortgage Backed Pass-Through Certificate Series 2006-3's (i) right to have final orders in non-core matters

- 2 -

entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which US Bank National Association, as Trustee for CSAB Mortgage Backed Pass-Through Certificate Series 2006-3 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

  s/ Barbara K. Hager, Esquire
REED SMITH LLP
Eric A. Schaffer
PA. I.D. No. 30797
Barbara K. Hager
PA. I.D. No. 88832
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Counsel for US Bank National Association, as Trustee for CSAB Mortgage Backed Pass-Through Certificate Series 2006-3

Dated: April 29, 2011