- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Entry of Appearance and Request for Notices was served this 29th day of April, 2011, upon the following counsel of record by first class mail, prepaid postage:

Stuart D. Gavzy
163 East Main Street
Suite B
Little Falls, NJ 07424

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

Jennifer Novick
Phelan, Hallinan & Schmieg, P.C.
400 Fellowship Road, Suite 100
Mount Laurel, NJ 08054

By: s/ Barbara K. Hager, Esquire
    Barbara K. Hager, Esquire